# In the United States Court of Federal Claims

Nos. 25-1034, 25-1035, 25-1101
(Filed: 27 August 2025)

```
*****************************************
                                         *
CIANBRO CONSTRUCTORS, LLC,               *
                                         *
              Plaintiff,                 *
                                         *
EVCON-CWC JV, LLC,                       *
                                         *
              Plaintiff,                 *  Nos. 25-1034, 25-1035, 25-1101
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
              Defendant.                 *
                                         *
*****************************************
```

## ORDER

On 2 July 2025, the Court consolidated *Cianbro Constructors, LLC v. United States*, No. 25-1034, *Cianbro Constructors, LLC v. United States*, No. 25-1035, and *EVCON-CWC JV, LLC v. United States*, No. 25-1101, with *Cianbro*, No. 25-1034, serving as the lead case. 2 July 2025 Order, *Cianbro*, No. 25-1034, ECF No. 18. The Court consolidated the cases because, despite relating to different solicitations, the cases involved a common question of law, *see id.*, and because the parties jointly moved to consolidate the cases. *See* Joint Mot. to Consolidate Cases, ECF No. 9, *Cianbro*, No. 25-1035; Joint Mot. to Consolidate Cases, ECF No. 7, *EVCON*, No. 25-1101.

On 22 August 2025, in both *Cianbro* cases, Nos. 25-1034 and 25-1035, plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice. *See* Notice of Voluntary Dismissal Without Prejudice, ECF No. 26, *Cianbro*, No. 25-1034; Notice of Voluntary Dismissal Without Prejudice, ECF No. 11, *Cianbro*, No. 25-1035. Accordingly, the Court **ORDERS** the cases to be de-consolidated and **DIRECTS** the Clerk to terminate *Cianbro*, No. 25-1034, and *Cianbro*, No. 25-1035. All future filings shall be made in *EVCON* to the extent applicable.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge